

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Rights Division*

---

| | | |
|---|---|---|
| PHILIP R. SELLINGER<br>UNITED STATES ATTORNEY | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>*Thandiwe.Boylan@usdoj.gov* | *main  (973) 645-2700*<br>*direct  (973) 645-2724* |

*Thandiwe Boylan*
*Assistant United States Attorney*

October 18, 2023

**BY ECF**
The Honorable J. Brendan Day
United States Magistrate Judge
Clarkson S. Fischer Building & Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *United States v. Roosevelt Care Centers*
     No. 23-CV-1529 (GC)(JBD)

Dear Judge Day:

  I am the Assistant United States Attorney representing the United States in the above-referenced suit against Roosevelt Care Centers ("RCC"). I write on behalf of both parties concerning the Court's September 20, 2023 Text Order (ECF No. 9), which directed the parties to submit a joint letter apprising the Court of the status of our settlement efforts.

  Since our telephone conference with Your Honor, the United States has conferred with the Complainant regarding the terms of a proposed settlement which the Government has negotiated with RCC. The Complainant has raised certain concerns with the proposed settlement which we are attempting to resolve. As a result, the United States is seeking an additional thirty days to finalize a settlement and update the Court on our efforts. Counsel for RCC consents to this request.

  Thank you very much for your consideration of this matter.

            Respectfully submitted,

            PHILIP R. SELLINGER
            United States Attorney

                    By:   *s/ Thandiwe Boylan*
                              THANDIWE BOYLAN
                              Assistant United States Attorney

cc:    John F. Gillick, Esq. (By ECF)

So ordered on this **20th** day of **October, 2023**. The parties shall provide a further update on the status of settlement on or before 11/20/23.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE