

Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Ronald H. Gordon
Carol A. Berlen
John F. Gillick
Brian P. Trelease*
Claudia Marchese
Matthew R. Tavares*
Sapana Shah*Δ
Vikrant Advani
Michael R. Burns ✦

Christopher D. Zingaro
Thomas Schoendorf
Nahimot A. Adedimeji*
Corissa L. Sherman
Frank J. Dyevoich*
Lonnie J. Hinton, Jr.,
Brooke D. Wheaton
Harlynne A. Lack*
Aaron L. Rainone

*  Also admitted in New York
Δ  Also admitted in DC
✦ Also admitted in Pennsylvania

jgillick@NJRCMLAW.com

November 20, 2023

Hon. Lois H. Goodman, U.S.M.J.
U.S. Court House
50 Walnut Street
Newark, NJ 07102

Re: **U.S. v. Roosevelt Care Centers**
**Docket No.: 3:23-cv-01529-GC-LHG**

Dear Judge Goodman,

As Your Honor may recall, the undersigned represents Defendant Roosevelt Care Centers, Inc., in the above matter. On behalf myself and my adversary, Asst. U.S. Attorney Thandiwe Boylan, Esq., kindly allow this to serve as a brief update on settlement.

The parties have largely agreed in principal and are currently working out the details. The former employee has agreed to the $50,000 demanded and Plaintiff has provided a proposed Consent Decree to which Defendant has requested some minor revisions. We have also provided Plaintiff with a copy of Middlesex County's Human Resources Policy for review, as requested. Please note, however, that we will need some additional time in order to bring this matter to a conclusion.

555 U.S. Highway One South
Suite 440
Iselin, New Jersey 08830

Tel:(732)709-4182
Fax(732) 791-1555
www.njrcmlaw.com

308455v1

RAINONE COUGHLIN MINCHELLO
November 20, 2023
Page **2**

      Your Honor's time and consideration in this regard are greatly appreciated. Should the Court have any questions or should additional information be needed, please do not hesitate to contact me at your convenience.

Very truly yours,
**RAINONE COUGHLIN MINCHELLO, LLC**

By: _____
John F. Gillick, Esq.

JFG/me
cc:    Thandiwe Boylan, Esq.

308455v1